```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

ROBERT DALE HARRIS,

    Plaintiff,

v.                                           Case No: 2:18-cv-17-FtM-29MRM

KEVIN RAMBOSK, in his official capacity as Sheriff of Collier County, Florida, KASEY P. WINGO, individually, MICHAEL D. CHAPMAN, individually, BRIAN R. WIEDEL, individually, SCOTT PEPIN, individually, and ROSS ANTHONY, individually,

    Defendants.

---

## **ORDER**

This matter comes before the Court upon review of the file. In light of the filing of plaintiff's Amended Complaint (Doc. #51), defendants' Motions to Dismiss (Docs. ##33, 35) and plaintiff's Motion to Strike Answer to Complaint (Doc. #38) are denied as moot.

Accordingly, it is hereby

**ORDERED:**

Defendant Michael D. Chapman's Motion to Dismiss (Doc. #33), defendant Kasey P. Wingo's Motion to Dismiss (Doc. #35), and plaintiff's Motion to Strike Answer to Complaint (Doc. #38) are **denied as moot.**

**DONE and ORDERED** at Fort Myers, Florida, this 14th day of August, 2018.

```
                              _____
                              JOHN E. STEELE
                              SENIOR UNITED STATES DISTRICT JUDGE
```

Copies:
Counsel of Record